906

grounds being neither argued nor mentioned in the plaintiff in error's brief, they are considered as abandoned.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

27430. PERREN, *alias* PERRY, *v.* THE STATE.

GUERRY, J. The evidence for the State was sufficient to authorize a verdict of guilty on both counts in the accusation of carrying a concealed pistol and a pistol without license. The court did not err in overruling the certiorari.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*
DECIDED APRIL 15, 1939.

*C. G. Battle,* for plaintiff in error.

*John S. McClelland,* solicitor, *John A. Boykin,* solicitor-general, *J. W. LeCraw,* contra.

27429. PERREN, *alias* PERRY, *v.* THE STATE.

GUERRY, J. No error of law is complained of. The evidence supported the verdict.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*
DECIDED APRIL 15, 1939.

27431. PERREN, *alias* PERRY, *v.* THE STATE.

GUERRY, J. The evidence supported the verdict. The judge did not err in denying the certiorari.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*
DECIDED APRIL 15, 1939.

27446. McCUNE *v.* THE STATE.

GUERRY, J. No error of law is complained of. The evidence supported the verdict.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*
DECIDED APRIL 15, 1939.